IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TITA CONCEPCION,

        Plaintiff,

  v.

WORLD SAVINGS BANK, FSB, et al.,

        Defendants.
                                    /

No. C 12-2614 SI

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE; ORDER VACATING CASE MANAGEMENT CONFERENCE**

On May 21, 2012, *pro se* plaintiff Tita Concepcion filed a complaint alleging various state and federal causes of action contesting ownership of private property. Plaintiff has not served the complaint on any defendant. On September 28, 2012, a case management conference was held. At the conference, plaintiff requested leave to file an amended complaint. Although the 120 day deadline for service of process imposed by Federal Rule of Civil Procedure 4 had elapsed, the Court granted plaintiff leave to file an amended complaint, and directed plaintiff to file the complaint with the Court and serve it on all defendants no later than November 27, 2012. Plaintiff also stated that she intended to retain counsel in this matter.

Since that time, plaintiff has not filed an amended complaint or served any defendants with process. Accordingly, the Court **ORDERS plaintiff TO SHOW CAUSE in writing to be filed no later than December 17, 2012** why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). If plaintiff does not provide a satisfactory response, this case will be dismissed without prejudice. The December 7, 2012 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 6, 2012

                                                                SUSAN ILLSTON
                                                                United States District Judge