TITA CONCEPCION, Pro Se
3689 Dela Cruz Blvd.
Santa Clara, CA 95054
Tel: 408-492-9807

**Filed**

DEC – 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

~~TITA CONCEPCION Individuals, on behalf of~~
themselves and all others similarly situated.

Plaintiff(s),

WORLD SAVINGS BANK, FSB et al

Defendant(s).

CASE NUMBER
CV12-02614 ~~HRL~~  SI

NOTICE OF DISMISSAL PURSUANT
TO FEDERAL RULES OF CIVIL
PROCEDURE 41(a) or (c)  and ORDER

PLEASE TAKE NOTICE: (*Check one*)

- [x] This action is dismissed by the Plaintiff(s) in its entirety.

- [ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- [ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- [ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- [ ] **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

IT IS SO ORDERED
Judge Susan Illston

12-06-12
Date

TConcepcion in Pro Se
Signature of ~~Attorney~~/Party

NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-09 (03/10)     NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)