TITA CONCEPCION, Pro Se
3689 Dela Cruz Blvd.
Santa Clara, CA 95054
Tel: 408-492-9807

**Filed**

DEC - 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

~~TITA CONCEPCION Individuals,~~ on behalf of themselves and all others similarly situated.

Plaintiff(s),

WORLD SAVINGS BANK, FSB et al

Defendant(s).

CASE NUMBER

CV12-02614 ~~HRL~~   SI

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** and ORDER

PLEASE TAKE NOTICE: (*Check one*)



- ☑ This action is dismissed by the Plaintiff(s) in its entirety.

- ☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- ☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ **ONLY** Defendant(s) _____
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

IT IS SO ORDERED
Judge Susan Illston

12-06-12                    *T Concepcion in Pro Se*
  Date                    Signature of ~~Attorney~~/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

  *F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)      NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)